**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

MAURICE LEE SOLEDAD,                           Case No. 1:18-cv-126

      Plaintiff,                                              Barrett, J.
                                                                           Bowman, M.J.
  v.

LT. WEBB, et al.,

      Defendants.

**REPORT AND RECOMMENDATION**

Plaintiff, an incarcerated individual who proceeds *pro se*, filed suit against various correctional officers employed at both the London Correctional Institution (LCI) and Warren Correctional Institution (WCI), alleging numerous claims spanning several years (Docs. 1, 5). On May 1, 2018, the undersigned concluded that Plaintiff may proceed with an excessive force claim against two individuals, based on his allegations that on December 17, 2017 Defendant Moore slammed his face into the concrete floor at WCI, resulting in injuries to his left eye socket, and that Defendant Fryer twisted his wrist and shoved him into a door frame repeatedly.  (Doc. 5 at 9).  On July 10, 2018, Plaintiff filed a motion for default judgment, alleging that Defendant Moore has failed to file any timely answer to his complaint.

Plaintiff is mistaken. The record reflects that Defendant Moore is not in default, as his motion for extension of time to file answer (Doc. 9) was granted. Therefore, consistent with the Notational Order docketed on June 1, 2018, Defendant's answer was not due until June 25, 2018.  Through counsel, Defendant Moore timely filed an Answer on June 21, 2018.  (Doc. 13).

Therefore, **IT IS RECOMMENDED THAT** Plaintiff's motion for default judgment (Doc. 16) be **DENIED**.

<u>s/ Stephanie K. Bowman</u>
Stephanie K. Bowman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAURICE LEE SOLEDAD,      Case No. 1:18-cv-126

    Plaintiff,      Barrett, J.
     Bowman, M.J.

v.

LT. WEBB, et al.,

    Defendants.

### NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).