# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Maurice Lee Soledad, r,

    Plaintiff,

    vs.                                                    Case No. 1:18-cv-00126

Lt. Webb, et al.,                                    Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's August 19, 2019[1] Report and Recommendation ("R&R") that Defendants' Motion for Summary Judgment be granted. (Doc. 31).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Although objections were due by September 12, 2019, none have been filed.

Accordingly, it is hereby **ORDERED** that the R&R (Doc. 31) is **ADOPTED**. Consistent with the recommendation by the Magistrate Judge: Defendants' Motion for Summary Judgment (Doc. 18) is **GRANTED**.

**IT IS SO ORDERED.**                     _/s Michael R. Barrett_____
                                                          Michael R. Barrett, Judge
                                                           United States District Court

---

[1] That same day, the Magistrate Judge issued an Order holding that Defendants were not required to file a reply to Plaintiff's liberally construed response, per the undersigned's August 28, 2019 Order, to Defendants' Motion for Summary Judgment and directing the Clerk to refile Plaintiff's response. (Docs. 32, 33).